**Motion Granted; Dismissed and Memorandum Opinion filed December 5, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00775-CV

---

**THELMA SOMMER, Appellant**

**V.**

**TEXAS FAIR PLAN ASSOCIATION, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-74940**

---

### MEMORANDUM OPINION

This is an attempted appeal from a no-evidence summary judgment signed January 29, 2024. While the January 29, 2024 order does not contain explicit finality language, the order actually disposed of all remaining parties and claims in the case after the trial court signed a March 8, 2022 order dismissing plaintiff/appellant Thelma Sommer's claims against defendants Allcat Claims Services, L.P. and Joseph Wiegman. The January 29, 2024 order was therefore a

final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 204 (Tex. 2001).

Appellant's March 7, 2024 postjudgment motion for reconsideration was not timely filed. See Tex. R. Civ. P. 329b(d). Accordingly, the notice of appeal was due 30 days after the final judgment was signed. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was filed October 11, 2024.

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On November 8, 2024, appellee filed a motion to dismiss the appeal for want of jurisdiction. Appellant filed no response. We grant appellee's motion and dismiss the appeal of want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.